## UNITED STATES of America, Plaintiff—Appellee,

v.

## Michael Wayne BIERS, Defendant— Appellant.

### No. 04–30274.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 16, 2006.*

Filed Oct. 20, 2006.

Joshua A. Van De Wetering, Esq., USMI—Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Doreen Antenor, Bailey & Antenor, Missoula, MT, for Defendant–Appellant.

Before: T.G. NELSON, W. FLETCHER, and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Michael Wayne Biers appeals from his 33–month sentence following a jury trial

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). On remand, the district judge shall give Biers an opportunity to opt out of resentencing. *See id.* at 1084.

Counsel's motion to withdraw is DENIED without prejudice to renewing the motion in the district court. All other motions are DENIED.

**REMANDED.**